Traci L. Van Pelt, Wyo. Bar #6-4330
Michael T. McConnell, Wyo. Bar #5-2942
McConnell Fleischner Houghtaling & Craigmile, LLC
4700 S. Syracuse Street, Suite 200
Denver, CO  80237
(303) 480-0400 - Phone
(303) 458-9520 – Facsimile
tvanpelt@mfhc.com
mmcconnell@mfhc.com

Attorneys for Defendant Secore & Waller, LLP

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| NAOMI L. MILES REVOCABLE TRUST, ) <br> NAOMI L. MILES, TRUSTEE, and ) <br> CHARLES W. MILES, JR. TRUST, ) <br> NAOMI L. MILES, TRUSTEE, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DENNIS R. LAWRENCE, et al. ) <br> ) <br> Defendants | CASE NO. No. 2:10-cv-00034-WFD |

**MOTION TO DISMISS DEFENDANT SECORE & WALLER, LLP**

Defendant Secore & Waller, LLP ("S&W") by and through its attorneys, hereby moves to dismiss Plaintiffs' Complaint for failure to state a claim upon which relief can be granted pursuant to Rules 8(a), 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure. In support of this Motion, S&W files contemporaneously herewith its Memorandum of Law in Support of The Motion to Dismiss which is incorporated herein by reference.

WHEREFORE, Defendant Secore & Waller respectfully requests that this Court enter an Order dismissing Plaintiffs' Complaint against Secore & Waller with prejudice and for such other and further relief as this court deems just proper.

**DATED** this 25th day of August, 2010.

                Respectfully Submitted,

                McConnell Fleischner Houghtaling & Craigmile, LLC

                _____*/s/ Traci L. Van Pelt*_____
                Traci L. Van Pelt, Wyo. Bar No. 6-4330
                Michael T. McConnell, Wyo, Bar No. 5-2942
                **McConnell Fleischner Houghtaling & Craigmile, LLC**
                Denver Corporate Center, Tower 1
                4700 South Syracuse Street, Suite 200
                Denver, Colorado  80237-2710
                Phone Number: 303-480-0400
                Fax Number: 303-458-9520
                tvanpelt@mfhc.com
                mmcconnell@mfhc.com

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on this 25th day of August, 2010 a copy of the foregoing Motion to Dismiss has been e-filed and thereby served electronically via the Court's CM/ECF system to the following persons:

Kim D. Cannon, Esq.
J. Mark Stewart, Esq.
Davis & Cannon, LLP
P.O. Box 43
Cheyenne, WY  82001
cannon@davisandcannon.com
mark@davisandcannonchey.com
*Attorneys for Plaintiff*

John A. Hutchings
Dill Dill Carr Stonbraker & Hutchings, PC
455 Sherman Street, Suite 300
Denver, CO  80203
jhutchings@dillanddill.com
*Attorneys for Plaintiff [pro hac vice]*

Mark W. Gifford, Esq.
Jeffrey C. Brinkerhoff, Esq.
Gifford & Brinkerhoff
243 South Park Street
P.O. Box 2508
Casper, WY  82602
mark@giffordbrinkerhoff.com
jeff@giffordbrinkerhoff.com
*Attorneys for Defendant Dennis R. Lawrence and*
*Agricultural Income and Planning Associates, LLC*

David F. DeFazio, Esq.
DeFazio Law Office, LLC
172 Center Street, Suite 203
P.O. Box 4877
Jackson, WY  83001
david@defaziolaw.com
*Attorneys for Defendants Capwest Securities, Inc.; Colorado Capital*
*Holdings, LLC; Capstone Financial Group, Inc.; Randall Pope;*

*Nathan Glossi; Dale Keith Hall; and David Leon Smiths*

Jason M. Tangeman, Esq.
Nicholas & Tangeman, LLC
170 North 5th Street
P.O. Box 0928
Laramie, WY 80273-0928
jtangeman@wyolegal.com
*Attorneys for Defendant Steve Holmes*

Charles W. Gameros, Jr., P.C.
Hoge & Gameros, L.L.P.
4514 Cole Avenue, Suite 1500
Dallas, TX 75205
bgameros@legaltexas.com
*Attorneys for Defendant Steve Holmes [pro hac vice]*

Thomas N. Long, Esq.
Laura Jean Jackson
Long Reimer Winegar Beppler LLP
2120 Carey Avenue, Suite 300
P.O. Box 87
Cheyenne, WY 82003
tlong@lrw-law.com
ljackson@lrw-law.com
*Attorneys for Defendant Richard Hancock*

K. Lawson Pedigo, Esq.
Miller Keffer Bullock & Pedigo
8401 N. Central Expressway, Suite 630
Dallas, TX 75225
KLPedigo@mkp-law.net
*Attorneys for Defendant Richard Hancock [pro hac vice]*


       *Traci L. Van Pelt*
       Traci L. Van Pelt